**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-7342**

———————————

LARRY ALBERT FORD, JR.,

Petitioner - Appellant,

versus

CIRCUIT COURT OF BUENA VISTA,

Respondent - Appellee.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge. (CA-02-898)

———————————

Submitted:  November 7, 2002        Decided:  November 15, 2002

———————————

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Larry Albert Ford, Jr., Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM

Larry A. Ford, Jr., seeks to appeal the district court's order dismissing without prejudice his petition filed under 28 U.S.C. § 2254 (2000). An appeal may not be taken to this court in a habeas corpus proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000).  When, as here, a district court dismisses a § 2254 petition solely on procedural grounds, a certificate of appealability will not issue unless the petitioner can demonstrate both "(1) 'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right' and (2) 'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.'" Rose v. Lee, 252 F. 3d 676, 684 (4th Cir. 2001) (quoting Slack v. McDaniel, 529 U.S. 473, 484 (2000)).  We have reviewed the record and conclude for the reasons stated by the district court that Ford has not made the requisite showing.  See Ford v. Circuit Court of Buena Vista, No. CA-02-898 (W.D. Va. Aug. 9, 2002).  Accordingly, we deny a certificate of appealability and dismiss the appeal.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2